IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL GALLO                                                                          PLAINTIFF

v.                                    No. 4:11-cv-640-DPM

DILLARD'S, INC.                                                                     DEFENDANT

JUDGMENT

Gallo's untimely complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 October 2011