IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL GALLO                                                                PLAINTIFF

v.                                    No. 4:11-cv-640-DPM

DILLARD'S, INC                                                              DEFENDANT

ORDER

1. Gallo has moved the Court to seal the entire record in his case. № 51. His motion is granted in part and denied in part. The Court declines to seal the entire record. The law favors public access to court records; and the people have a right to know what was done in their courts. *See, e.g., Sheppard v. Maxwell*, 384 U.S. 333, 350 (1966); *Arkansas Department of Human Services v. Hardy*, 316 Ark. 119, 123, 871 S.W.2d 352, 355 (1994). But to protect confidential information, the Court will gladly consider redactions throughout the record, and sealing particular documents if redaction of confidential information is impracticable. FED. R. CIV. P. 5.2(e). Redaction, rather than sealing, must be considered and attempted first.

2. By 19 October 2015, Gallo must file a list of proposed redactions. He must reference the docket number and page where confidential information supposedly exists. Gallo may file his list under seal. If the Court allows

redaction, Gallo will be required to file substituted pages with the confidential information covered up. If he wants to attach these proposed substituted pages to his list, he may do so.

    **3.** By 19 October 2015, Gallo must also file a list of documents for which he believes redaction is impracticable because the confidential information is so extensive and intertwined with the document as a whole. This list may be filed under seal too.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2015